IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELMER LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-408-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is Defendant's Motion to Strike Plaintiff's Jury Demand. (Doc. # 11.) Plaintiff responded to Defendant's Motion on January 19, 2023. (Doc. # 16.) In his response, Plaintiff states that "Defendant's Motion to Strike is due to be granted." (Doc. # 16 at 1.)

Pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion (Doc. # 11) is GRANTED and that Plaintiff's jury demand (Doc. # 1 at 5) is stricken from his Complaint.

DONE this 31st day of January, 2023.

/s/ W. Keith Watkins
_____
UNITED STATES DISTRICT JUDGE